# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONDA BENJAMIN,
                              Appellant,
                vs.
THE STATE OF NEVADA,
                              Respondent.

No. 80895

FILED

APR 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, the district court entered the judgment of conviction on April 12, 2018. Appellant did not file the notice of appeal, however, until March 23, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). In addition, appellant has previously appealed this order. *See Benjamin v. State*, Docket No. 75897, (Order Dismissing Appeal, July 2, 2018). A second duplicate appeal may not be pursued. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

20-13552

cc:    Hon. Lynne K. Simons, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk
Ronda Benjamin